IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02086-PAB-MJW

ROYAL ALLIANCE ASSOCIATES, INC.,

Plaintiff(s),

v.

GEORGE R. JOYCE, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Order Regarding Confidentiality and inadvertent Production of Privileged Documents (DN 34) is GRANTED as set forth in the Order Regarding Confidentiality and Inadvertent Production of Privileged Documents, dated December 12, 2008.

Date: December 12, 2008