## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 16, 2009 |
| Court Reporter: Janet Coppock | Time: one hour and 16 minutes |

**CASE NO.  08-cv-02086-PAB-MJW**

| Parties | Counsel |
|---|---|
| **ROYAL ALLIANCE ASSOCIATES, INC.,** | John Hutchings<br>Theodore Sawicki |
| Plaintiff (s), | |
| vs. | |
| **GEORGE R. JOYCE,**<br>**DOROTHY R. JOYCE,**<br>**MARK L. THOMPSON, Trustee and**<br>**ROSALIN ROGERS,** | Alan Friedberg<br>John Courtade |
| Defendant (s). | |

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION and for CONSOLIDATION WITH TRIAL ON THE MERITS

**9:08 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Motion for Preliminary Injunction and for Consolidation With Trial on the Merits (Doc #14), filed 10/28/08.**

| | |
|---|---|
| **9:11 a.m.** | Argument by Mr. Sawicki. Questions by the Court. |
| **9:29 a.m.** | Argument by Mr. Courtade. Questions by the Court. |
| **9:54 a.m.** | Rebuttal argument by Mr. Sawicki. |
| **9:59 a.m.** | Rebuttal argument by Mr. Courtade. |
| **10:00 a.m.** | **COURT IN RECESS** |
| **10:28 a.m.** | **COURT IN SESSION** |

Court states its findings and conclusions.

**ORDERED:** Plaintiff's Motion for Preliminary Injunction and for Consolidation With Trial on the Merits Doc #14), filed 10/28/08 is **GRANTED in PART and DENIED in PART**. Plaintiff's Motion for Preliminary Injunction is **GRANTED** and Plaintiff's Motion for Consolidation With Trial on the Merits is **DENIED.**

**ORDERED:** Defendants are enjoined from continuing to prosecute or take any action against plaintiff Royal Alliance Associates, Inc. in arbitration proceedings before the financial industry regulatory authority until permission is granted by the Court.

**ORDERED:** Plaintiff shall post a **$50,000.00** surety bond, pursuant to Rule 65 (c) within ten day of these proceedings.

**ORDERED:** Defendant's Motion to Compel Arbitration (Doc #39), filed 12/24/08 is **DENIED.**

**10:50 a.m.    COURT IN RECESS**

**Total in court time:      76 minutes**

**Hearing concluded**