IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02086-PAB-MJW

ROYAL ALLIANCE ASSOCIATES, INC.,

    Plaintiff,

v.

GEORGE R. JOYCE,
DOROTHY R. JOYCE,
MARK L. THOMPSON, Trustee for the Mark L. Thompson Trust, and
ROSALIN ROGERS,

    Defendants.
_____

**ORDER**
_____

This matter comes before the court on plaintiff Royal Alliance Associates, Inc.'s Motion for Preliminary Injunction and for Consolidation with Trial on the Merits [Docket No. 14] and defendants' Motion to Compel Arbitration [Docket No. 39]. The Court heard oral argument on these motions on January 16, 2009. For the reasons stated in open court, it is

**ORDERED** that plaintiff's Motion for Preliminary Injunction and for Consolidation with Trial on the Merits [Docket No. 14] is granted in part and denied in part. Plaintiff's motion for preliminary injunction is granted. Plaintiff's motion for consolidation with trial on the merits is denied. It is further

**ORDERED** that defendants George R. Joyce, Dorothy R. Joyce, Mark L. Thompson, as Trustee for the Mark L. Thompson Trust, and Rosalin Rogers are ENJOINED from continuing to prosecute or take any action against Royal Alliance

Associates, Inc. in arbitration proceedings before the Financial Industry Regulatory Authority absent further order of the Court. It is further

**ORDERED** that plaintiff Royal Alliance Associates, Inc. shall post a security bond pursuant to Fed. R. Civ. P. 65(c) in the amount of $50,000 within ten days of the date of this Order. It is further

**ORDERED** that defendants' motion to compel arbitration [Docket No. 39] is denied. Consistent with the Court's findings and conclusions at the January 16, 2009 hearing, the Court determines that the defendants are not "customers" within the meaning of Section 12200 of the Financial Industry Regulatory Authority's Code of Arbitration Procedure for purposes of this action.

DATED January 16, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge